JS 44 (Rev 06/17)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Lillian Brenner

**(b)** County of Residence of First Listed Plaintiff    Philadelphia County, PA
*(EXCEPT IN U S PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

Jeffrey M Rosenbaum, Esquire, Rosenbaum & Associates, P C ,
1818 Market Street, Suite 3200, Philadelphia, PA 19103

## DEFENDANTS

Starwood Hotels & Resorts Worldwide, LLC, et al

County of Residence of First Listed Defendant    Fairfield County, CT
*(IN U S PLAINTIFF CASES ONLY)*

NOTE    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Attorneys *(If Known)*
Elizabeth A Chalik, Esquire, Wood Smith Henning & Berman, LLP
1760 Market Street, Suite 1001, Philadelphia, PA 19103
215-709-2250

## II. BASIS OF JURISDICTION *(Place an 'X' in One Box Only)*

☐ 1  U S Government Plaintiff

☐ 3  Federal Question
    *(U S Government Not a Party)*

☐ 2  U S Government Defendant

☒ 4  Diversity
    *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an X in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an 'X' in One Box Only)*

Click here for  Nature of Suit Code Descriptions

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & | ☐ 367 Health Care/ Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | Slander | Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 340 Marine | Injury Product Liability | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☒ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☒ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 863 DIWC/DIWW (405(g)) ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts ☐ 893 Environmental Matters |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U S Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS- Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer w/Disabilities - Other | **Other:** ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application ☐ 465 Other Immigration Actions | | |
| | ☐ 448 Education | ☐ 550 Civil Rights ☐ 555 Prison Condition ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

☐ 1 Original Proceeding
☒ 2 Removed from State Court
☐ 3 Remanded from Appellate Court
☐ 4 Reinstated or Reopened
☐ 5 Transferred from Another District *(specify)*
☐ 6 Multidistrict Litigation - Transfer
☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION

Cite the U S Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*
Title 28 United States Code Section 1332

Brief description of cause
Premises Liability

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F R C v P

DEMAND $

CHECK YES only if demanded in complaint
JURY DEMAND:    ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions)*

JUDGE _____    DOCKET NUMBER _____

DATE  3/1/19

SIGNATURE OF ATTORNEY OF RECORD

MAR - 1 2019

### FOR OFFICE USE ONLY

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG JUDGE _____

MAR - 1 2019



UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

19    939

**DESIGNATION FORM**

*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____ 1545 Spring Garden Street, Apt. 3, Philadelphia, PA 19130 _____

Address of Defendant: _____ One StarPoint, Stamford, Ct 06902 _____

Place of Accident, Incident or Transaction: _____ 4301 Island Avenue, Philadelphia, PA _____

---

**RELATED CASE, IF ANY:**

Case Number: _____   Judge: _____   Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions

1   Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

2   Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?   Yes ☐   No ☑

3   Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?   Yes ☐   No ☑

4   Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?   Yes ☐   No ☑

I certify that, to my knowledge, the within case ☐ is ☒ is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE  03/01/2019                              88157
_____          _____
*Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

**A.**   *Federal Question Cases:*

☐ 1   Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2   FELA
☐ 3   Jones Act-Personal Injury
☐ 4   Antitrust
☐ 5   Patent
☐ 6   Labor-Management Relations
☐ 7   Civil Rights
☐ 8   Habeas Corpus
☐ 9   Securities Act(s) Cases
☐ 10  Social Security Review Cases
☐ 11  All other Federal Question Cases
       *(Please specify)* _____

**B.**   *Diversity Jurisdiction Cases:*

☐ 1   Insurance Contract and Other Contracts
☐ 2   Airplane Personal Injury
☐ 3   Assault, Defamation
☐ 4   Marine Personal Injury
☐ 5   Motor Vehicle Personal Injury
☑ 6   Other Personal Injury *(Please specify)* _____
☐ 7   Products Liability
☐ 8   Products Liability – Asbestos
☐ 9   All other Diversity Cases
       *(Please specify)* _____

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify

☐   Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs

☐   Relief other than monetary damages is sought

DATE _____                         MAR - 1 2019
                    _____          _____
                    *Attorney-at-Law / Pro Se Plaintiff*          *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F R C P 38

*Civ  609 (5/2018)*



# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

Lillian Brenner
1545 Spring Garden Street, Apt 3
Philadelphia, PA 19130

     v.

Aloft Philadelphia Airport, Starwood Hotels & Resorts
Worldwide, Inc , Starwood Hotels & Resorts, Marriot
International, Inc , et al

CIVIL ACTION

**19   939**

NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a Case Management Track Designation Form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. § 2241 through § 2255.   ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
and Human Services denying plaintiff Social Security Benefits.   ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( X )

(d) Asbestos – Cases involving claims for personal injury or property damage from
exposure to asbestos.   ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
commonly referred to as complex and that need special or intense management by
the court. (See reverse side of this form for a detailed explanation of special
management cases.)   ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.   ( )

| March 1, 2019 | *E. Chalik* | Defendants, Starwood Hotels & Resorts |
|---|---|---|
| **Date** | **Attorney-at-law** | **Attorney for** |
| 215-709-2250 | 215-709-2251 | echalik@wshblaw com |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

MAR - 1 2019

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| LILLIAN BRENNER | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. |
| ALOFT PHILADELPHIA AIRPORT, | : | |
| STARWOOD HOTELS & RESORTS | : | |
| WORLDWIDE, INC., STARWOOD HOTELS | : | |
| & RESORTS, LVP AP AIRPORT, LLC, | : | |
| LIGHTSTONE GROUP, MARRIOT | : | |
| INTERNATIONAL, INC., and LIGHTSTONE | : | |
| PARENT, LLC. | : | |
| Defendants. | : | |

**NOTICE OF FILING NOTICE OF REMOVAL
TO THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

TO:    Jeffrey M. Rosenbaum, Esquire
Rosenbaum & Associates, P.C.
1818 Market Street, Suite 3200
Philadelphia, PA  19103

**PLEASE TAKE NOTICE** that Marriot International, Inc., Starwood Hotels & Resorts

Worldwide, LLC, incorrectly named as Starwood Hotels & Resorts Worldwide, Inc. and

Starwood Hotels & Resorts in the matter of Lillian Brenner v. Aloft Philadelphia Airport,

Starwood Hotels & Resorts Worldwide, Inc., Starwood Hotels & Resorts, LVP AP Airport,

LLC, Lightstone Group, Marriot International, Inc., and Lightstone Parent, LLC, originally

pending in the Court of Common Pleas in the County of Philadelphia, Pennsylvania, under

Civil Action No. 190101863, files in the United States District Court for the Eastern District of

Pennsylvania, its Notice of Removal of said cause to the Eastern District of Pennsylvania.

A copy of the Notice of Removal is attached hereto and served herewith.

**WOOD SMITH HENNING & BERMAN, LLP**

By: _____

Elizabeth A. Chalik, Esquire
*Attorney for Defendants*
*Marriot International, Inc., Starwood Hotels &*
*Resorts Worldwide, LLC, incorrectly named as*
*Starwood Hotels & Resorts Worldwide, Inc., and*
*Starwood Hotels & Resorts*

Dated:  March 1, 2019

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| LILLIAN BRENNER | : |
|       Plaintiff, | : |
| | :   CIVIL ACTION |
|     v. | : |
| | :   NO. |
| ALOFT PHILADELPHIA AIRPORT, | : |
| STARWOOD HOTELS & RESORTS | : |
| WORLDWIDE, INC., STARWOOD HOTELS | : |
| & RESORTS, LVP AP AIRPORT, LLC, | : |
| LIGHTSTONE GROUP, MARRIOT | : |
| INTERNATIONAL, INC., and LIGHTSTONE | : |
| PARENT, LLC. | : |
|       Defendants. | : |

## <u>NOTICE OF REMOVAL</u>

AND NOW, Defendants, Marriot International, Inc., Starwood Hotels & Resorts Worldwide,

LLC, incorrectly named as Starwood Hotels & Resorts Worldwide, Inc. and Starwood Hotels &

Resorts, by and through their attorneys, WOOD, SMITH, HENNING & BERMAN, LLP, hereby

remove the above-captioned case to this Honorable Court and provide notice of same to counsel

representing the Plaintiffs.  In support of the removal, the Defendants aver as follows:

1.     This is an action filed and now pending in the Philadelphia County Court of Common

Pleas under Civil Action No. 190101863.

2.     This action was initiated by Complaint which was filed on or around January 22,

2019. A copy of Plaintiff's Complaint is attached hereto as Exhibit "A."

3.      This Notice of Removal is being filed within thirty (30) days after receipt by the Defendants of the initial pleading setting forth in the claim for relief upon which this action is based in accordance with 28 U.S.C. §1446(b).

4.      This is a civil suit and involves controversy between citizens of different states. Plaintiff, upon information and belief, was at the time of the commencement of the above action, a citizen of the Commonwealth of Pennsylvania.

5.      Defendant, Marriott International, Inc., is a Delaware corporation with its headquarters located at 10400 Fernwood Road, Dept 52/923.21, Bethesda, MD 20817.

6.      Starwood Hotels & Resorts Worldwide, LLC, incorrectly named as Starwood Hotels & Resorts Worldwide, Inc., is a Limited Liability Company with corporate offices in Stamford, CT. Starwood Hotels & Resorts Worldwide, Inc. is a Maryland corporation.

7.      Aloft Philadelphia Airport is not a properly named legal entity.

8.      LVP AP Airport, LLC is a Delaware Limited Liability Company and headquartered in Lakewood, NJ.

9.      Likewise, Lightstone Group and Lightstone Parent, LLC are also Delaware companies and headquartered in Lakewood, NJ.

10.     LVP AP Airport, LLC is the only proper defendant in this matter.

11.     Defense counsel will ultimately be representing all of the named Defendants and has obtained the consent of all Defendants to remove this matter to this Honorable Court.

12.     As averred in Plaintiff's Complaint, the damages claimed by Plaintiff are in excess of $50,000.

13.     Defendants allege and aver, upon information and belief, that the amount in controversy is in excess of $75,000.00, exclusive of interests and costs, based on the fact that

Plaintiff's Complaint alleges that Plaintiff sustained serious physical injury of her back and knees. Plaintiff claims that she has suffered and may continue to suffer in the future. Plaintiff's Complaint also claims that Plaintiff "may have sustained other injuries and pre-existing conditions may have been aggravated."

14.     Further, defense counsel spoke with Plaintiff's counsel on February 28, 2019 who advised that he did not believe that the amount in controversy in this case was less than $75,000.

15.     The above-described Civil Action is one in which this Honorable Court has original jurisdiction pursuant to Title 28 United States Code Section 1332 based upon the fact that there exists diversity of citizenship between the parties and the amount in controversy is in excess of $75,000.00, exclusive of interests and costs, and is accordingly one which may be removed to this Honorable Court by Notice pursuant to Title 28, United States Code, Section 1441.

16.     Promptly after filing this Notice of Removal in this Honorable Court, a copy of this Notice of Removal will be filed with the Court of Common Pleas of Philadelphia County, Commonwealth of Pennsylvania, in accordance with 28 United States Code, Section 1446(d).

17.     Copies of all process, pleadings and order served upon defendants as of the time of this removal are attached hereto in accordance with 28 United States Code, Section 1446(a).

18.     Defendants have contemporaneously with the filing of this Notice of Removal giving written notice to Plaintiff's counsel.

**WHEREFORE**, Defendants respectfully request that this action, currently docketed in the Court of Common Pleas of Philadelphia County be removed to the United States District Court for the Eastern District of Pennsylvania.

WOOD SMITH HENNING & BERMAN, LLP

By: _____
Elizabeth A. Chalik, Esquire
*Attorney for Defendants*
*Marriot International, Inc., Starwood Hotels &*
*Resorts Worldwide, LLC, incorrectly named as*
*Starwood Hotels & Resorts Worldwide, Inc. and*
*Starwood Hotels & Resorts*

Dated:  March 1, 2019

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LILLIAN BRENNER                                  :
      Plaintiff,                              :
                                :   CIVIL ACTION
                                :
      v.                                      :   NO.
                                :
ALOFT PHILADELPHIA AIRPORT,                       :
STARWOOD HOTELS  & RESORTS                        :
WORLDWIDE, INC., STARWOOD HOTELS                  :
& RESORTS, LVP AP AIRPORT, LLC,                   :
LIGHTSTONE GROUP, MARRIOT                         :
INTERNATIONAL, INC., and LIGHTSTONE               :
PARENT, LLC.                                      :
             Defendants.                      :

## CERTIFICATE OF SERVICE

    I, Elizabeth A. Chalik, Esquire, hereby certify that on this 1st day of March, 2019, a true and

correct copy of the Defendants' Notice to Remove was served on the following counsel of record via

first class mail, postage prepaid.

> Jeffrey M. Rosenbaum, Esquire
> Rosenbaum & Associates, P.C.
> 1818 Market Street, Suite 3200
> Philadelphia, PA  19103
> *Attorney for Plaintiff*

> **WOOD SMITH HENNING & BERMAN, LLP**
>
> By: _____
>
> Elizabeth A. Chalik, Esquire
> *Attorney for Defendants*
> *Marriot International, Inc., Starwood Hotels &*
> *Resorts Worldwide, LLC, incorrectly named as*
> *Starwood Hotels & Resorts Worldwide, Inc. and*
> *Starwood Hotels & Resorts*

Dated:  March 1, 2019

COMMONWEALTH OF PENNSYLVANIA      :
                                  :     SS
                                  :
                                  :

COUNTY OF PHILADELPHIA                  :

## **AFFIDAVIT**

Elizabeth A. Chalik, Esquire, being duly sworn according to law deposes and says that the facts set forth in the foregoing Notice of Removal are true and correct to the best of her knowledge, information and belief.

                                           Elizabeth A. Chalik, Esquire

Sworn to and subscribed
before me this 1st day of
March , 2019.

_Sara Bacon_
Notary Public
My Commission Expires:

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
SARA BACON, Notary Public
City of Philadelphia, Phila. County
My Commission Expires September 18, 2019

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIAN BRENNER <br>          Plaintiff, <br><br>      v. <br><br> ALOFT PHILADELPHIA AIRPORT, <br> STARWOOD HOTELS  & RESORTS <br> WORLDWIDE, INC., STARWOOD HOTELS <br> & RESORTS, LVP AP AIRPORT, LLC, <br> LIGHTSTONE GROUP, MARRIOT <br> INTERNATIONAL, INC., and LIGHTSTONE <br> PARENT, LLC. <br>          Defendants. | : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> CIVIL ACTION <br><br> NO. |

## PRAECIPE TO FILE NOTICE OF REMOVAL

**TO THE PROTHONOTARY:**

Please take notice that the above-captioned matter has been removed by Defendants to the United States District Court for the Eastern District of Pennsylvania.  A time-stamped copy of the Notice of Removal is attached hereto.

WOOD SMITH HENNING & BERMAN, LLP

By: _____
Elizabeth A. Chalik, Esquire
*Attorney for Defendants*
*Marriot International, Inc., Starwood Hotels &*
*Resorts Worldwide, LLC, incorrectly named as*
*Starwood Hotels & Resorts Worldwide, Inc. and*
*Starwood Hotels & Resorts*

Dated:  March 1, 2019

7

# EXHIBIT "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JANUARY 2019**

E-Filing Number: 1901047203

**001863**

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| LILLIAN BRENNER | ALOFT PHILADELPHIA AIRPORT |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 1545 SPRING GARDEN STREET APT. 3 PHILADELPHIA PA 19130 | 4301 ISLAND AVENUE PHILADELPHIA PA 19153 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | STARWOOD HOTELS & RESORTS WORLDWIDE, INC. |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 1111 WEST CHESTER AVENUE WHITE PLAINS NY 10604 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | STARWOOD HOTELS & RESORTS |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | ONE STARPOINT STANFORD CT 06902 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 7 | ☒ Complaint ☐ Petition Action ☐ Notice of Appeal ☐ Writ of Summons ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less ☒ More than $50,000.00 | ☐ Arbitration ☐ Jury ☒ Non-Jury ☐ Other: | ☐ Mass Tort ☐ Savings Action ☐ Petition | ☐ Commerce ☐ Minor Court Appeal ☐ Statutory Appeals | ☐ Settlement ☐ Minors ☐ W/D/Survival |

**CASE TYPE AND CODE**

2S - PREMISES LIABILITY, SLIP/FALL

**STATUTORY BASIS FOR CAUSE OF ACTION**

| RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER) | **FILED PRO PROTHY** JAN 22 2019 **M. BRYANT** | IS CASE SUBJECT TO COORDINATION ORDER? YES   NO |
|---|---|---|

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: LILLIAN BRENNER

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| JEFFREY M. ROSENBAUM | 1818 MARKET STREET SUITE 3200 PHILADELPHIA PA 19103 |

| PHONE NUMBER | FAX NUMBER | |
|---|---|---|
| (215)569-0200 | (215)569-6099 | |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 51719 | rosenbaumfilings@verizon.net |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| JEFFREY ROSENBAUM | Tuesday, January 22, 2019, 12:22 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

**COMPLETE LIST OF DEFENDANTS:**

1. ALOFT PHILADELPHIA AIRPORT
   4301 ISLAND AVENUE
   PHILADELPHIA PA 19153
2. STARWOOD HOTELS & RESORTS WORLDWIDE, INC.
   1111 WEST CHESTER AVENUE
   WHITE PLAINS NY 10604
3. STARWOOD HOTELS & RESORTS
   ONE STARPOINT
   STANFORD CT 06902
4. LVP AP AIRPORT, LLC
   C/O LIGHTSTONE GROUP 460 PARK AVENUE, 13TH FLOOR
   NEW YORK NY 10022
5. LIGHTSTONE GROUP
   460 PARK AVENUE  13TH FLOOR
   NEW YORK NY 10022
6. MARRIOTT INTERNATIONAL, INC.
   10400 FERNWOOD ROAD  DEPT. 52/923.21
   BETHESDA MD 20817
7. LIGHTSTONE PARENT, LLC
   460 PARK AVENUE  13TH FLOOR
   NEW YORK NY 10022

ROSENBAUM & ASSOCIATES, P.C.
By: JEFFREY M. ROSENBAUM, ESQ. - ID #51719
1818 Market Street, Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR NON-JURY.
Hearing on Assessment
of Damages is Required

*Filed and Attested by the Office of Judicial Records 22 [illegible] pm*

Attorney for Plaintiff

---

LILLIAN BRENNER                                   : PHILADELPHIA COUNTY
1545 Spring Garden St., Apt. 3, Phila., PA 19130 : COURT OF COMMON PLEAS
vs.                                               :
ALOFT PHILADELPHIA AIRPORT                        :
4301 Island Ave., Phila., PA 19153                :
and                                               :
STARWOOD HOTELS & RESORTS                         :
WORLDWIDE, INC.                                   :
1111 West Chester Ave., White Plains, NY 10604:
and                                               :
STARWOOD HOTELS & RESORTS                         :
One StarPoint, Stanford, CT 06902                 :          TERM, 2019
and                                               :
LVP AP AIRPORT, LLC                               :
c/o Lightstone Group                              :
460 Park Ave., 13th Floor, New York, NY 10022:
and                                               :
LIGHSTONE GROUP                                   :
460 Park Ave., 13th Floor, New York, NY 10022:
and                                               :
MARRIOTT INTERNATIONAL, INC.                      :
10400 Fernwood Road, Dept 52/923.21              :
Bethesda, MD 20817                                :
and                                               :
LIGHTSTONE PARENT, LLC                            :
460 Park Ave., 13th Floor, New York, NY 10022 : NO.

---

## 2S Premises Liability - Complaint in Civil Action

### NOTICE

YOU HAVE BEEN SUED IN COURT. IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THIS COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU. YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED IN THE COMPLAINT OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE PLAINTIFF. YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU. YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.
LAWYER REFERRAL & INFORMATION SERVICE, Philadelphia Bar Assn.
One Reading Center, Northwest Cor. 11th & Market Sts.
Philadelphia, Pennsylvania 19107, Phone:(215) 238-1701

### AVISO

LE HAN DEMANDADO A USTED EN LA CORTE. SI USTED QUIERE DEFENDERSE DE ESTAS DEMANDAS EXPUESTAS EN LAS PAGINAS SIGUIENTES, USTED TIENE VIENTE (20) DIAS DE PLAZO AL PARTIR DE LA FECHA DE LA DEMANDA Y LA NOTIFICACION. HACE FALTA ASENTAR UNA COMPARENCIA ESCRITA O EN PERSONA O CON UN ABOGADO Y ENTREGAR A LA CORE EN FORMA ESCRITA SUS DEFENSAS O SUS OBJECIONES A LAS DEMANDAS EN CONTRA DE SU PERSONA. SEA AVISADO QUE SI USTED NO SE DEFIENDE, LA CORTE TOMARA MEDIDAS Y PUEDE CONTINUAR LA DEMANDA EN CONTRA SUYA SIN PREVIO AVISO O NOTIFICACION. ADEMAS, LA CORTE PUEDE DECIDIR A FAVOR DEL DEMANDANTE Y REQUIERE QUE USTED CUMPLA CON TODAS LAS PROVISIONES DE ESTA DEMANDA. USTED PUEDE PERDER DINERO O SUS PROPIEDADES U OTROS DERECHOS IMPORTANTES PARA USTED. LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NO TIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICIO, VAYA EN

PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA AVERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.
SERVICIO DE REFERENCIA E INFORMACION LEGAL, Asociacion De Licenciados De Filadelfia, One Reading Center, Noreste Usquina 11th Y La Calle Market, Filadelfia, PA 19107 Telefono: (215) 238-1701.

ROSENBAUM & ASSOCIATES, P.C.
By: JEFFREY M. ROSENBAUM, ESQ. - ID #51719
1818 Market Street, Suite 3200
Philadelphia, PA 19103
(215) 569-0200

MAJOR NON-JURY
Hearing on Assessment
of Damages is Required

Attorney for Plaintiff

---

LILLIAN BRENNER                                  : PHILADELPHIA COUNTY
1545 Spring Garden St., Apt. 3, Phila., PA 19130: COURT OF COMMON PLEAS
vs.                                              :
ALOFT PHILADELPHIA AIRPORT                       :
4301 Island Ave., Phila., PA 19153               :
and                                              :
STARWOOD HOTELS & RESORTS                        :
WORLDWIDE, INC.                                  :
1111 West Chester Ave., White Plains, NY 10604:
and                                              :          TERM, 2019
STARWOOD HOTELS & RESORTS                        :
One StarPoint, Stanford, CT 06902                :
and                                              :
LVP AP AIRPORT, LLC                              :
c/o Lightstone Group                             :
460 Park Ave., 13th Floor, New York, NY 10022:
and                                              :
LIGHSTONE GROUP                                  :
460 Park Ave., 13th Floor, New York, NY 10022:
and                                              :
MARRIOTT INTERNATIONAL, INC.                     :
10400 Fernwood Road, Dept 52/923.21              :
Bethesda, MD 20817                               :
and                                              :
LIGHTSTONE PARENT, LLC                           :
460 Park Ave., 13th Floor, New York, NY 10022 : NO.

## 2S Premises Liability - Complaint in Civil Action

1.  The plaintiff, Lillian Brenner, is an adult individual and a citizen of the Commonwealth
    of Pennsylvania, residing therein as captioned above.

2.  The defendant, Aloft Philadelphia Airport, is a corporation, partnership or fictitious name
    of an individual or individuals, with a place of business located at the above address.

3.  The defendant, Starwood Hotels & Resorts Worldwide, Inc., is a corporation, partnership
    or fictitious name of an individual or individuals, with a place of business located at the
    above address.

Case ID: 190101863

4. The defendant, Starwood Hotels & Resorts, is a corporation, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

5. The defendant, LVP AP Airport, LLC, is a corporation, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

6. The defendant, Lightstone Group, is a corporation, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

7. The defendant, Marriott International, Inc., is a corporation, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

8. The defendant, Lighstone Parent, LLC, is a corporation, partnership or fictitious name of an individual or individuals, with a place of business located at the above address.

9. All defendants regularly and systematically conduct business in Philadelphia County, Pennsylvania.

10. At all times relevant hereto, the defendants were acting through their agents, servants and/or employees within the course and scope of their employment, and the doctrine of Respondeat Superior is invoked herein.

11. At all times relevant hereto all defendants were acting as the agents, servants, workmen and/or employees of all other named defendants.

12. At all times relevant hereto, defendants had under their care, direction, ownership, supervision, control and maintenance of the premises and floor at Aloft Philadelphia Airport, 4301 Island Avenue, Philadelphia, Pennsylvania, and it was the defendants' duty

to keep and maintain said premises and floor in a reasonably safe condition.

13.　On or about the 12th day of January, 2018, at or about 4:30 p.m., a dangerous, negligent and/or defective condition, existed on the defendants' premises as aforesaid and defendants knew or should have known of the existence of same.

14.　On the aforesaid date, the plaintiff, Lillian Brenner, was lawfully walking inside the premises, when by reason of the negligence of the defendants, the plaintiff was caused to trip, slip, stumble and/or fall by reason of a wet floor on the defendants' premises.

15.　The defendants knew or should have known of the existence of the dangerous, negligent and/or defective condition on the aforesaid premises.

16.　The carelessness and/or negligence of the defendants consisted of the following:

　a.　Failing to maintain said premises and floor in a safe and reasonable condition for persons such as the plaintiff using said premises and floor;

　b.　Failing to reasonably inspect said premises and floor to ascertain the existence of the dangerous, negligent and/or defective condition when defendants knew or should have known of the existence of said condition;

　c.　Failing to warn persons on the premises and floor of the dangerous, negligent and/or defective condition;

　d.　Failing to properly and adequately repair said condition;

　e.　Failing to properly clean said floor;

　f.　Failing to adequately dry mop said floor;

　g.　Causing the floor of the premises to become slippery and wet;

　h.　Negligently allowing said floor to be and to remain slippery and wet;

　i.　Failing to properly supervise persons maintaining defendants' premises;

　j.　Failing to install and/or maintain floors that are adequately slip resistant;

    k.    Failing to place mats or take other safety precautions at and/or near the location of the plaintiff's fall; and,

    l.    Failing to respond to requests to remedy said defective condition.

17.    Solely because of the negligence of the defendants acting as aforesaid, the plaintiff was caused to sustain serious physical injury in and about the person, including but not limited to plaintiff's back and knees, as well as a severe shock to the nerves and nervous system and was or may have been otherwise injured, whereby plaintiff has suffered and may continue to suffer in the future.

18.    Plaintiff may have sustained other injuries and pre-existing conditions may have been aggravated.

19.    Plaintiff avers that some or all of the injuries sustained may be or are of a permanent nature and character.

20.    As a further result of the aforesaid accident, plaintiff has been unable in the past, and is likely to continue to be unable in the future, to attend to plaintiff's usual duties, activities,    vocations and avocations, all to plaintiff's great financial loss and detriment.

21.    As a further result of the aforesaid accident and resultant injuries, plaintiff has

expended and is in the future likely to expend substantial sums of monies for the care, treatment and attempted cure of plaintiff's injuries, all to plaintiff's great financial loss and detriment.

22.    As a further result of the aforesaid accident and resultant injuries, plaintiff has been caused to undergo in the past and is likely to undergo in the future, severe pain, suffering,    inconvenience and embarrassment, all to plaintiff's great financial loss and

detriment.

WHEREFORE, plaintiff, Lillian Brenner, demands judgment against the defendants, Aloft Philadelphia Airport, Starwood Hotels & Resorts Worldwide, Inc., Starwood Hotels & Resorts, LVP AP Airport, LLC, Lighstone Group, Marriott International, Inc. and Lightstone Parent, LLC, jointly and severally, in a sum in excess of the arbitration limits and in excess of the Federal Court jurisdictional limits for cases based on diversity jurisdiction.

ROSENBAUM AND ASSOCIATES, P.C.

By: _____

JEFFREY M. ROSENBAUM, ESQ.
Attorney for Plaintiff

DATE: ____

VERIFICATION

Jeffrey M. Rosenbaum, Esquire, states that he is the attorney for the Plaintiffs herein, that he is acquainted with the facts set forth in the foregoing Complaint in Civil Action and that the same are true and correct to the best of his knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

JEFFREY M. ROSENBAUM, ESQUIRE

DATE:_____

Case ID: 190101863