## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIAN BRENNER      :<br>    Plaintiff,       :<br>        :<br>   v.          :<br>       :<br>ALOFT PHILADELPHIA AIRPORT,  :<br>STARWOOD HOTELS & RESORTS  :<br>WORLDWIDE, INC., STARWOOD HOTELS :<br>& RESORTS, LVP AP AIRPORT, LLC,  :<br>LIGHTSTONE GROUP, MARRIOT  :<br>INTERNATIONAL, INC., and LIGHTSTONE :<br>PARENT, LLC.      :<br>    Defendants.     :| CIVIL ACTION<br><br>NO. 2:19-cv-00939 |

## PRAECIPE FOR ENTRY OF APPEARANCE

Kindly enter the appearance of Elizabeth A. Chalik, Esquire and Laura A. Seider, Esquire, as

counsel on behalf of Defendants, Aloft Philadelphia Airport, LVP AP Airport, LLC, Lightstone

Group, and Lightstone Parent, LLC.

Respectfully submitted,

By: /s/ Elizabeth A. Chalik
    Elizabeth A. Chalik, Esquire (#88157)
    Laura A. Seider, Esquire (#308971)
    WOOD SMITH HENNING & BERMAN, LLP
    1760 Market Street, Suite 1001
    Philadelphia, PA  19103
    Tel: 215-709-2250
    Fax: 215-709-2251
    *Attorneys for Defendants*

Dated:  December 2, 2019

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| LILLIAN BRENNER<br>　　　Plaintiff, | : | |
| | : | |
| | : | CIVIL ACTION |
| 　　v. | : | |
| | : | NO. 2:19-cv-00939 |
| ALOFT PHILADELPHIA AIRPORT, | : | |
| STARWOOD HOTELS  & RESORTS | : | |
| WORLDWIDE, INC., STARWOOD HOTELS | : | |
| & RESORTS, LVP AP AIRPORT, LLC, | : | |
| LIGHTSTONE GROUP, MARRIOT | : | |
| INTERNATIONAL, INC., and LIGHTSTONE | : | |
| PARENT, LLC. | : | |
| 　　　Defendants. | : | |

## CERTIFICATE OF SERVICE

I, Elizabeth A. Chalik, Esquire, hereby certify that on this 2nd day of December, 2019, I

caused to be served a true and correct copy of the foregoing Entry of Appearance, via this Court's

Electronic Filing System, upon the following counsel of record:

Steve Levy, Esquire
Rosenbaum & Associates, P.C.
1818 Market Street, Suite 3200
Philadelphia, PA 19103

By:  /s/ Elizabeth A. Chalik
Elizabeth A. Chalik, Esquire
*Attorney for Defendants*