IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIAN BRENNER<br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ALOFT PHILADELPHIA AIRPORT, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD HOTELS & RESORTS, LVP AP AIRPORT, LLC, LIGHTSTONE GROUP, MARRIOT INTERNATIONAL, INC., and LIGHTSTONE PARENT, LLC.<br>　　　　Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:　　CIVIL ACTION<br><br>NO. 2:19-cv-00939 |

## **PRAECIPE FOR ENTRY OF APPEARANCE**

Kindly enter the appearance of Alexxys L. Ehresman, Esquire, as co-counsel on behalf of Defendants, Marriott International, Inc., Starwood Hotels & Resorts Worldwide, LLC, Aloft Philadelphia Airport, LVP AP Airport, LLC, Lightstone Group, and Lightstone Parent, LLC. in connection with the above-referenced matter.

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　By:　*Alexxys L. Ehresman*
　　　　　　　　　　　　　　　　　　　　　Alexxys L. Ehresman, Esquire
　　　　　　　　　　　　　　　　　　　　　Attorney ID No.: 322704
　　　　　　　　　　　　　　　　　　WOOD SMITH HENNING & BERMAN, LLP
　　　　　　　　　　　　　　　　　　　　　1760 Market Street, Suite 1001
　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19103
　　　　　　　　　　　　　　　　　　　　　Tel: 215-709-2250
　　　　　　　　　　　　　　　　　　　　　Fax: 215-709-2251
　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants,*
　　　　　　　　　　　　　　　　　　　　　*Marriott International, Inc. and Starwood Hotels*
　　　　　　　　　　　　　　　　　　　　　*& Resorts Worldwide, LLC*

Dated:  September 15, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIAN BRENNER : <br>     Plaintiff, : <br> : <br>   v. : <br> : <br> ALOFT PHILADELPHIA AIRPORT, : <br> STARWOOD HOTELS & RESORTS : <br> WORLDWIDE, INC., STARWOOD HOTELS : <br> & RESORTS, LVP AP AIRPORT, LLC, : <br> LIGHTSTONE GROUP, MARRIOT : <br> INTERNATIONAL, INC., and LIGHTSTONE : <br> PARENT, LLC. : <br>     Defendants. : | CIVIL ACTION <br><br> NO. 2:19-cv-00939 |

**CERTIFICATE OF SERVICE**

I, Alexxys L. Ehresman, Esquire, hereby certify that on this 15th day of September, 2020. I caused to be served a true and correct copy of the foregoing Entry of Appearance, via this Court's Electronic Filing System, upon the following counsel of record:

Jeffrey M. Rosenbaum, Esquire
Steven M. Levy, Esquire
Rosenbaum & Associates, P.C.
1818 Market Street, Suite 3200
Philadelphia, PA 19103
*Attorney for Plaintiff*

                  By: *Alexxys L. Ehresman*
                     Alexxys L. Ehresman, Esquire

                *Attorney for Defendants*