UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LILLIAN BRENNER | : |
| v. | : **Civil Action No. 2:19-cv-00939** |
| ALOFT PHILADELPHIA AIRPORT, STARWOOD HOTELS & RESORTS WORLDWIDE, INC., STARWOOD HOTELS & RESORTS, LVP AP AIRPORT, LLC, LIGHSTONE GROUP, MARRIOTT INTERNATIONAL, INC. and LIGHTSTONE PARENT, LLC | : |

### PRAECIPE TO MARK SETTLED, DISCONTINUED AND ENDED

TO THE CLERK OF COURTS:

    Kindly mark the above matter, settled, discontinued and ended with prejudice.

                                       ROSENBAUM & ASSOCIATES

                  BY: _____
                                       CHRISTOPHER R. DURSO,
                                         Attorney for Plaintiff