### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **LILLIAN BRENNER** : | |
| : | |
| v. : | **CIVIL ACTION NO. 19-939** |
| : | |
| **ALOFT PHILADELPHIA AIRPORT,** : | |
| **ET AL.** : | |

### O R D E R

This  6th  day of   May  , 2021, it having been reported that the above captioned action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is **ORDERED** that the above captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

**KATE BARKMAN**, Clerk of Court

BY:    /s/ Patricia Clark
Patricia Clark
Civil Deputy to Judge McHugh

Copies EMAILED on   5/06/21    to:

cc:

All counsel of record